**No. 69773.**—Import Associates of America et al. *v.* United States, protests 62/10043–12590, etc. (Chicago).

Opinion by Ford, J.   In accordance with stipulation of counsel that the merchandise consists of earphones similar in all material respects to those the subject of Abstract 69019, the claim of the plaintiffs was sustained.